IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOSEPH HOBBS and DRAKE FEENEY, individually and on behalf of all others similarly situated,<br>           *Plaintiffs*,<br><br>v.<br><br>PETROPLEX PIPE AND CONSTRUCTION, INC.,<br>           *Defendant*. | §<br>§<br>§<br>§<br>§<br>§   MO:17-CV-00030-DC<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Court's findings of fact and conclusions of law, the Court enters final judgment as follows:

The Court **ORDERS** that judgment be entered in favor of Plaintiffs and against Defendant and the Plaintiffs shall recover damages in the amount of ONE HUNDRED AND ONE THOUSAND SIX HUNDRED ($101,600.00)[1] DOLLARS.

The Court further **ORDERS** that Plaintiffs should recover reasonable attorney fees and costs as set forth in 29 U.S.C. § 216(b).

It is so **ORDERED**.

SIGNED this 1st day of April, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

1. FIFTY THOUSAND EIGHT HUNDRED ($50,800.00) DOLLARS is awarded for unpaid wages, and an equal amount is awarded as liquidated damages.